**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00706-CV
_____

**SUZANNE S. RON, Appellant**

**V.**

**AVISHAI RON, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-49671**

---

## O R D E R

The clerk's record was filed August 17, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order signed July 9, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 4, 2018, containing the order signed July 9, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM